# Court of Appeals, State of Michigan

## ORDER

People of MI v Tyrone Rogers

Docket No.    336000

LC No.      15-00559-FC

David H. Sawyer
Presiding Judge

Michael J. Kelly

Brock A. Swartzle
Judges

         The Court orders that the December 10, 2020 opinion is VACATED, and a new opinion is attached.

_____
Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

December 17, 2020
Date

_____
Chief Clerk